IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| LOUIS C. CAIN,<br><br>    Plaintiff,<br><br>v.<br><br>ALPINE SCHOOL DISTRICT,<br><br>    Defendant. | **ORDER DISMISSING ALL CLAIMS WITH PREJUDICE**<br><br>Case No. 2:14-cv-00569-RJS<br><br>Judge Robert J. Shelby |

  The parties filed a stipulated motion to dismiss this case with prejudice under Federal Rule of Civil Procedure 41(a)(2), with each party bearing its own costs and attorney fees. (Dkt. 14.) For good cause appearing, the court GRANTS the motion and ORDERS that all of Plaintiff Louis C. Cain's claims are DISMISSED WITH PREJUDICE. Each party is to bear its own costs and attorney fees.

  The Clerk of Court is directed to close the case.

  SO ORDERED this 26th day of April, 2016.

            BY THE COURT:

            _____
            ROBERT J. SHELBY
            United States District Judge